```
 1  Paul Kissel, Esq., SBN 114526
    Jonathan P. Geen, Esq., SBN 189184
 2  BORTON PETRINI, LLP
    1320 Columbia Street, Suite 210
 3  San Diego, CA 92101
    Phone: 619-232-2424
 4  Fax: 619-531-0794
    Email: pkissel@bortonpetrini.com
 5  Email: jgeen@bortonpetrinicom

 6  OF COUNSEL:
    Peter L. Loh, Esq. (Texas State Bar No. 24036982)
 7  GARDERE WYNNE SEWELL LLP
    1601 Elm Street, Suite 3000
 8  Dallas, TX 75201-4761
    Phone: (214) 999-3000
 9  Fax: (214) 999-4667
    Email: ploh@gardere.com
10
    Attorneys for Defendants Jani-King California, Inc.
11  Jani-King, Inc., and Jani-King International, Inc.
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERVON, LLC, a California limited liability company, SUNYATA LITTLE and ELEANOR LITTLE, individual; and MARIO GUTIERREZ, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>JANI-KING OF CALIFORNIA, INC., a Texas corporation, JANI-KING, INC., a Texas corporation; JANI-KING INTERNATIONAL, INC., a Texas corporation; and DOES 1-100, Inclusive,<br><br>Defendants. | Case No. 3:14-CV-00367-BEN-JMA<br><br>**JOINT MOTION TO DISMISS JANI-KING, INC. WITHOUT PREJUDICE** |

Plaintiffs, Tervon, LLC, Sunyata Little, Eleanor Little, and Mario Gutierrez (collectively, "Plaintiffs") and Defendant Jani-King, Inc. ("Jani-King, Inc.") hereby file this joint motion to

1

dismiss Jani-King, Inc. from the lawsuit without prejudice and with waiver of fees and costs, and respectfully request this Court to enter an order effecting such dismissal.

Dated: March 17, 2014.

**BORTON PETRINI, LLP**

_____
Paul Kissell
Jonathan P. Geen

OF COUNSEL:
**GARDERE WYNNE SEWELL LLP**

*/s/Peter L. Loh*
Peter L. Loh

**ATTORNEYS FOR DEFENDANTS**

**GERVAIS LAW**

/s/ Kara L. Gervais
_____
Kara Gervais, Esq.
Gervais Law
10636 Scripps Summit Court
Suite 142
San Diego, CA 92131

**ATTORNEY FOR PLAINTIFFS**

2